IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
                            )
                            )       CRIMINAL ACTION NO.
     v.                     )         2:12cr205-MHT
                            )              (WO)
ARTIE SCARVER              )
```

OPINION AND ORDER

For the reasons set forth below, the court finds that jury selection and trial, now set for November 18, 2013, should be continued pursuant to 18 U.S.C. § 3161(h)(1)(A) and (h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy

1

> days from the filing date (and making
> public) of the information or indictment,
> or from the date the defendant has
> appeared before a judicial officer of the
> court in which such charge is pending,
> whichever date last occurs."

§ 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant." § 3161(h)(1)(A). It also excludes continuances grounded in "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would result in a miscarriage of justice." § 3161(h)(7)(B)(i).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Scarver in a speedy trial.  On November 13, 2013, the court found "that Scarver is

2

currently incompetent to stand trial," Order (doc. no. 61) at 1, and the court committed "him to the Attorney General." Id.  "The Attorney General is [now] required to hospitalize [Scarver] 'for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.'"  Id. at 2 (quoting 18 U.S.C. § 4241(d)(1)).  For the above reasons, it is impossible for Scarver to be ready for trial on November 18  A continuance is essential.

***

Accordingly, it is ORDERED that defendant Artie Scarver's jury selection and trial, now set for November 18, 2013, are continued generally.

DONE, this the 13th day of November, 2013.

      /s/ Myron H. Thompson    
   UNITED STATES DISTRICT JUDGE