IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:12cr205-MHT
                            )            (WO)
ARTIE SCARVER              )
```

JUDGMENT

Based on the record in this case, including the representations made in open court on May 15, 2015, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The government's motion to dismiss, orally made in open court on May 15, 2015, is granted.

(2) The indictment (doc. no. 1) in this case is dismissed.

(3) Defendant Artie Scarver is discharged, including from all the conditions of supervised release.

DONE, this the 15th day of May, 2015.

                               _/s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE